IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARIA PHILLPOTTS et al.,   *

    Plaintiffs   *

v.   *    CIVIL NO. JFM-17-0789

SEVERN MANAGEMENT CO., LLC,   *

    Defendant   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

The Court has reviewed the parties' Joint Motion for Judicial Approval of Settlement (ECF No. 22) and the settlement agreement attached thereto (ECF No. 22-3). With the exception of the confidentiality clause (Paragraph 10), the agreement is acceptable. That "confidentiality provision in this [Fair Labor Standards Act] settlement agreement contravenes the important purposes of the Act and defeats both public and private efforts to enforce it." *Carpenter v. Colonial Mgmt. Grp.*, Civ. No. JKB-12-686, 2012 WL 2992490, at *2 (D. Md. July 19, 2012). "However, since the Settlement Agreement is filed as a matter of public record, the provision is of no practical effect." *Salamone v. Balt. Diamond Exch., Inc.*, Civ. No. JKB-14-1507, 2014 WL 2930788, at *1 (D. Md. June 27, 2014). Paragraph 10 is, therefore, regarded by the Court as null and void, and the parties are not bound by it. A separate order will issue.

DATED this __27__ day of April, 2018.

BY THE COURT:

_____
James K. Bredar
Chief Judge